UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| KURPIESKI, EDWARD J SR. ) | Case No. 05-28778-SQU | |
| KURPIESKI, CAROL M ) | | |
| Debtor(s). ) | Hon. JOHN H. SQUIRES | |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**
(Appendix to Rule 607)

Name of Applicant:                           Cohen & Krol

Authorized to Provide
Professional Service to:                     GINA B. KROL, Chapter 7 Trustee

Date of Order Authorizing Employment:        11/4/05

Period for Which
Compensation is Sought:                      No fees are being sought by Trustee's counsel

Amount of Fees Sought:                       $ 0.00

Amount of Expense
Reimbursement Sought:                        $ 0.00

This is an:                                  Final Application

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications: N/A

The aggregated amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $ 0.00


                                             Applicant:


Date: March 18, 2009                         BY: /s/ Gina B. Krol_____