UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| KURPIESKI, EDWARD J SR. ) | | Case No. 05-28778-SQU |
| KURPIESKI, CAROL M ) | | |
| Debtor(s). ) | | Hon. JOHN H. SQUIRES |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: DuPage County Courthouse, 505 N. County Farm Rd., Courtroom 4016, Wheaton, IL 60187

    On: **May 15, 2009**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                              $9,542.76

    Disbursements                                                           $28.51

    Net Cash Available for Distribution                          $9,514.25

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| GINA B. KROL
*Trustee Compensation* | $0.00 | $1,704.28 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:
    NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are: NONE

7. Claims of general unsecured creditors totaling $156,732.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 4.9800% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Dupage Credit Union | $18,603.06 | $926.99 |
| 000002 | Dupage Credit Union | $5,243.39 | $261.28 |
| 000003 | Fifth Third Bank | $8,868.32 | $441.91 |
| 000004 | Chase Bank Usa, N.A. | $16,604.80 | $827.41 |
| 000005 | Mbna America Bank Na | $76,592.40 | $3,816.59 |
| 000006 | American Express Centurion Bank | $14,092.05 | $702.21 |
| 000007 | Discover Bank/Discover Financial Se | $9,252.58 | $461.06 |
| 000008 | Advanta Bank Corp | $7,475.98 | $372.52 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Cash | $50.00 |
| Bank Accounts | 1,517.00 |
| Household Goods | 1,000.00 |
| Clothes | 600.00 |
| Wedding Rings | 250.00 |
| Camera | 200.00 |
| Gun | 100.00 |
| Life Insurance | 993.52 |
| IRA | 8,123.03 |
| Vehicle | 13,700.00 |
| Patent | 0.00 |

Dated: **April 17, 2009**　　　　　　　　　　　　For the Court,

　　　　　　　　　　　　　　　　　　　　By:　**KENNETH S. GARDNER**
　　　　　　　　　　　　　　　　　　　　　　　CLERK OF BANKRUPTCY COURT
　　　　　　　　　　　　　　　　　　　　　　　KENNETH S. GARDNER

Trustee:　　Gina B. Krol
Address:　　105 West Madison Street
　　　　　　Suite 1100
　　　　　　Chicago, IL  60602-0000
Phone No.:　(312) 368-0300

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Apr 17, 2009
Case: 05-28778                 Form ID: pdf002              Total Served: 29

The following entities were served by first class mail on Apr 19, 2009.
db/jdb        +Edward J Kurpieski, Sr,   Carol M Kurpieski,   657 Penny Court,   Carol Stream, IL 60188-4404
aty           +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison Street #1100,   Chicago, IL 60602-4600
aty           +Joseph E Cohen, Atty,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
aty           +Kent A Gaertner,   Springer, Brown, Covey, Gaertner & Davis,   400 S. County Farm Rd., Suite 330,
                Wheaton, IL 60187-4547
aty           +Linda M Kujaca,   P.O. Box 254,   Wood Dale, IL 60191-0254
tr            +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
9605063       +Advanta,   PO Box 30715,   Salt Lake City, UT 84130-0715
10580104      +Advanta Bank Corp,   Welsh & McKean Road,   POB 844,   Spring House PA 19477-0844
9605064        American Express,   PO Box 360002,   Ft. Lauderdale, FL 33336-0002
10547945       American Express Centurion Bank,   c/o Becket and Lee, LLP,   P.O. Box 3001,
                Malvern, PA 19355-0701
9605065       +Bank of America,   PO Box 2463,   Spokane, WA 99210-2463
9605066        Capital One,   PO Box 790216,   Saint Louis, MO 63179-0216
9605068       +Capital One,   POBox 790217,   Saint Louis, MO 63179-0217
9605069        Chase,   PO Box 15651,   Wilmington, DE 19886-5651
10482538      +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
                Seattle, WA 98121-2339
9605073       +DuPage Credit Union,   PO Box 3930,   Naperville, IL 60567-3930
9605076       +Eleanor Kurpieski,   720 Cherry Cir.,   Itasca, IL 60143-1434
9605077        Fifth Third Bank,   PO Box 740789,   Cincinnati, OH 45274-0789
10479725      +Fifth Third Bank,   1850 E Paris Ave SE,   MD#ROPS05/Bankruptcy,   Grand Rapids MI 49546-6253
9605078       +Green Point Mortgage,   2651 Warrenville, Ste. 500,   Downers Grove, IL 60515-5559
9605079       +Harvey Dollars,   2N630 County Farm Rd.,   West Chicago, IL 60185-1769
9605080       +Juniper,   PO box 13337,   Philadelphia, PA 19101-3337
9605082        MBNA,   PO Box 15286,   Wilmington, DE 19886-5286
9605081       +MBNA America Bank NA,   P O Box 15168 MS 1423,   Wilmington, DE 19850-5168
9605084       +Mr. and Mrs. Arnie Severson,   354 Ashford Cir., #1,   Bartlett, IL 60103-7468
9605085       +Providian,   PO Box 660509,   Dallas, TX 75266-0509

The following entities were served by electronic transmission on Apr 18, 2009.
9605071        Fax: 602-221-4614 Apr 18 2009 00:24:15      Chase Auto Finance,   PO Box 15700,
                Wilmington, DE 19886-5700
9605072        E-mail/PDF: mrdiscen@discoverfinancial.com Apr 18 2009 04:29:24      Discover,   PO Box 30395,
                Salt Lake City, UT 84130-0395
10556011       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 18 2009 04:29:24
                Discover Bank/Discover Financial Services,   PO Box 8003,   Hilliard, OH 43026
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9605067*       Capital One,   PO Box 790216,   Saint Louis, MO 63179-0216
9605070*      +Chase,   PO Box 15651,   Wilmington, DE 19886-5651
9605074*      +DuPage Credit Union,   PO Box 3930,   Naperville, IL 60567-3930
9605075*      +DuPage Credit Union,   PO Box 3930,   Naperville, IL 60567-3930
9605083*       MBNA,   PO Box 15286,   Wilmington, DE 19886-5286
                                                                                             TOTALS: 0, * 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 19, 2009**                    **Signature:**   *Joseph Speetjens*