# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 05-28778 SQU |
| KURPIESKI, EDWARD J SR. | § | |
| KURPIESKI, CAROL M | § | |
| Debtor(s) | § | |
| | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           . The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/GINA B. KROL_____
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Auto Finance |  |  |  |  |  |
| Green Point Mortgage |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America | | | | | |
| Capital One | | | | | |
| Capital One | | | | | |
| Captial One | | | | | |
| Chase | | | | | |
| DuPage Credit Union | | | | | |
| Eleanor Kurpieski | | | | | |
| Harvey Dollars | | | | | |
| Juniper | | | | | |
| Mr and Mrs Arnie Severson | | | | | |
| Providian | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DUPAGE CREDIT UNION | | | | | |
| DUPAGE CREDIT UNION | | | | | |
| ADVANTA BANK CORP | | | | | |
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| DISCOVER BANK/DISCOVER FINANCIAL SE | | | | | |
| FIFTH THIRD BANK | | | | | |
| MBNA AMERICA BANK NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**

Case 05-28778  Doc 32  Filed 09/21/09  Entered 09/21/09 11:46:20  Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document  Page 7 of 15
ASSET CASES

Page: 1    Exhibit 8

| Case No: | 05-28778 SQU Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | KURPIESKI, EDWARD J SR. | Date Filed (f) or Converted (c): | 07/20/05 (f) |
| | KURPIESKI, CAROL M | 341(a) Meeting Date: | 08/23/05 |
| For Period Ending: 09/15/09 | | Claims Bar Date: | 01/26/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Thrivent Investment Accounts | 2,917.98 | 9,344.64 | | 9,344.64 | FA |
| 2. Cash | 50.00 | 0.00 | | 0.00 | 0.00 |
| 3. BANK ACCONTS | 1,517.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHES | 600.00 | 0.00 | | 0.00 | FA |
| 6. WEDDING RINGS | 200.00 | 0.00 | | 0.00 | FA |
| 7. camera | 250.00 | 0.00 | | 0.00 | FA |
| 8. GUN | 100.00 | 0.00 | | 0.00 | FA |
| 9. Life Insurance | 993.52 | 0.00 | | 0.00 | FA |
| 10. IRA | 8,123.03 | 0.00 | | 0.00 | FA |
| 11. Stock | 0.00 | 0.00 | | 0.00 | FA |
| 12. PATENT | Unknown | 0.00 | | 0.00 | FA |
| 13. VEHICLE | 13,700.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 198.51 | Unknown |

Gross Value of Remaining Assets

UST Form 101-7-TDR (4/1/2009) *(Page: 7)*

LFORM1    Ver: 14.31c

**FORM 1**

Case 05-28778  Doc 32  Filed 09/21/09  Entered 09/21/09 11:46:20  Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES
Document      Page 8 of 15

Page: 2

Exhibit 8

| Case No: | 05-28778 | SQU | Judge: JOHN H. SQUIRES | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|---|
| Case Name: | KURPIESKI, EDWARD J SR. | | | | Date Filed (f) or Converted (c): | 07/20/05 (f) |
| | KURPIESKI, CAROL M | | | | 341(a) Meeting Date: | 08/23/05 |
| | | | | | Claims Bar Date: | 01/26/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $29,451.53 | $9,344.64 | | $9,543.15 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and file final report

Initial Projected Date of Final Report (TFR): 12/31/06      Current Projected Date of Final Report (TFR): 06/30/09

_____ Date: _____

GINA B. KROL

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-28778 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | KURPIESKI, EDWARD J SR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | KURPIESKI, CAROL M | | Account Number / CD #: | *******9828  BofA - Checking Account |
| Taxpayer ID No: | *******8315 | | | |
| For Period Ending: | 09/15/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C t  05/14/09 | | Transfer from Acct #*******2968 | Transfer In From MMA Account | 9999-000 | 9,514.64 | | 9,514.64 |
| C  05/20/09 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,704.28 | 7,810.36 |
| C  05/20/09 | 003002 | DuPage Credit Union<br>PO Box 3930<br>Naperville, IL 60567 | Claim 000001, Payment 4.98327% | 7100-000 | | 927.04 | 6,883.32 |
| C  05/20/09 | 003003 | DuPage Credit Union<br>PO Box 3930<br>Naperville, IL 60567 | Claim 000002, Payment 4.98323% | 7100-000 | | 261.29 | 6,622.03 |
| C  05/20/09 | 003004 | Fifth Third Bank<br>1850 E Paris Ave SE<br>MD#ROPS05/Bankruptcy<br>Grand Rapids MI 49546 | Claim 000003, Payment 4.98324% | 7100-900 | | 441.93 | 6,180.10 |
| C  05/20/09 | 003005 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | Claim 000004, Payment 4.98326% | 7100-900 | | 827.46 | 5,352.64 |
| C  05/20/09 | 003006 | MBNA America Bank NA<br>P O Box 15168 MS 1423<br>Wilmington, DE 19850 | Claim 000005, Payment 4.98324% | 7100-900 | | 3,816.78 | 1,535.86 |
| C  05/20/09 | 003007 | American Express Centurion Bank<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Claim 000006, Payment 4.98324% | 7100-900 | | 702.24 | 833.62 |

UST Form 101-7-TDR (4/1/2009) *(Page: 9)*

LFORM2T4

Ver: 14.31c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-28778 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | KURPIESKI, EDWARD J SR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | KURPIESKI, CAROL M | | Account Number / CD #: | *******9828  BofA - Checking Account |
| Taxpayer ID No: | *******8315 | | | |
| For Period Ending: | 09/15/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   05/20/09 | 003008 | Discover Bank/Discover Financial Services<br>PO Box 8003<br>Hilliard, OH 43026 | Claim 000007, Payment 4.98326% | 7100-900 | | 461.08 | 372.54 |
| C   05/20/09 | 003009 | Advanta Bank Corp<br>Welsh & McKean Road<br>POB 844<br>Spring House PA 19477 | Claim 000008, Payment 4.98316% | 7100-900 | | 372.54 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******9828 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 9 | Checks | 9,514.64 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 9,514.64 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 9,514.64 | | | |
| | Total | $ 9,514.64 | | | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 05-28778 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | KURPIESKI, EDWARD J SR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | KURPIESKI, CAROL M | | Account Number / CD #: | *******2968  BofA - Money Market Account |
| Taxpayer ID No: | *******8315 | | | |
| For Period Ending: | 09/15/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  11/28/05 | 1 | Thrivent Investment Management<br>P.O. Box 219348<br>Kansas City, MO  64121-9348 | | 1129-000 | 9,344.64 | | 9,344.64 |
| C  12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 4.75 | | 9,349.39 |
| C  01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 4.77 | | 9,354.16 |
| C  02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.66 | | 9,360.82 |
| C  03/01/06 | 000301 | International Sureties<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 4.87 | 9,355.95 |
| C  03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.95 | | 9,363.90 |
| C  04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.69 | | 9,371.59 |
| C  05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.96 | | 9,379.55 |
| C  06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.71 | | 9,387.26 |
| C  07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.97 | | 9,395.23 |
| C  08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.98 | | 9,403.21 |
| C  09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.72 | | 9,410.93 |
| C  10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 8.00 | | 9,418.93 |
| C  11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.74 | | 9,426.67 |
| C  12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 8.00 | | 9,434.67 |

UST Form 101-7-TDR (4/1/2009) *(Page: 11)*

LFORM2T4

Ver: 14.31c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-28778 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | KURPIESKI, EDWARD J SR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | KURPIESKI, CAROL M | | Account Number / CD #: | *******2968  BofA - Money Market Account |
| Taxpayer ID No: | *******8315 | | | |
| For Period Ending: | 09/15/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 8.02 | | 9,442.69 |
| C  02/15/07 | 000302 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 7.28 | 9,435.41 |
| C  02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.24 | | 9,442.65 |
| C  03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 8.01 | | 9,450.66 |
| C  04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.78 | | 9,458.44 |
| C  05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 8.03 | | 9,466.47 |
| C  06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.77 | | 9,474.24 |
| C  07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 8.06 | | 9,482.30 |
| C  08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 8.05 | | 9,490.35 |
| C  09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 6.05 | | 9,496.40 |
| C  10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 6.05 | | 9,502.45 |
| C  11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 5.08 | | 9,507.53 |
| C  12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 4.55 | | 9,512.08 |
| C  01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 3.77 | | 9,515.85 |
| C  02/11/08 | 000303 | International Sureties, Ltd.<br>Suite 420 | | 2300-000 | | 8.95 | 9,506.90 |

UST Form 101-7-TDR (4/1/2009) *(Page: 12)*

LFORM2T4

Ver: 14.31c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-28778 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | KURPIESKI, EDWARD J SR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | KURPIESKI, CAROL M | | Account Number / CD #: | *******2968 BofA - Money Market Account |
| Taxpayer ID No: | *******8315 | | | |
| For Period Ending: | 09/15/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 Poydras Street<br>New Orleans, LA 70139 | | | | | |
| C 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 2.26 | | 9,509.16 |
| C 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.25 | | 9,511.41 |
| C 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.95 | | 9,513.36 |
| C 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.20 | | 9,514.56 |
| C 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.18 | | 9,515.74 |
| C 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.21 | | 9,516.95 |
| C 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.20 | | 9,518.15 |
| C 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.18 | | 9,519.33 |
| C 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.92 | | 9,520.25 |
| C 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.78 | | 9,521.03 |
| C 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.48 | | 9,521.51 |
| C 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,521.59 |
| C 02/17/09 | 000304 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 7.41 | 9,514.18 |
| C 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 9,514.25 |

UST Form 101-7-TDR (4/1/2009) *(Page: 13)*

LFORM2T4

Ver: 14.31c

Case 05-28778    Doc 32    Filed 09/21/09    Entered 09/21/09 11:46:20    Desc Main
Document      Page 14 of 15

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD
Page: 6
Exhibit 9

| Case No: | 05-28778 -SQU | | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | KURPIESKI, EDWARD J SR. | | | Bank Name: | BANK OF AMERICA, N.A. |
| | KURPIESKI, CAROL M | | | Account Number / CD #: | *******2968  BofA - Money Market Account |
| Taxpayer ID No: | *******8315 | | | | |
| For Period Ending: | 09/15/09 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,514.33 |
| C  04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 9,514.54 |
| C  05/14/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 9,514.64 |
| C t  05/14/09 | | Transfer to Acct #*******9828 | Final Posting Transfer | 9999-000 | | 9,514.64 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

| | Account *******2968 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 9,344.64 | 4 | Checks | 28.51 |
| | 42 | Interest Postings | 198.51 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 9,514.64 |
| | | Subtotal | $ 9,543.15 | | | |
| | | | | | Total | $ 9,543.15 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 9,543.15 | | | |

| | Report Totals | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 9,344.64 | 13 | Checks | 9,543.15 |
| | 42 | Interest Postings | 198.51 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 9,514.64 |
| | | Subtotal | $ 9,543.15 | | | |
| | | | | | Total | $ 19,057.79 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 9,514.64 | | | |
| | | Total | $ 19,057.79 | | Net Total Balance | $ 0.00 |

/s/    GINA B. KROL

Trustee's Signature: _____ Date: 09/15/09

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 05-28778 -SQU |
| Case Name: | KURPIESKI, EDWARD J SR. |
| | KURPIESKI, CAROL M |
| Taxpayer ID No: | *******8315 |
| For Period Ending: | 09/15/09 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2968 BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | GINA B. KROL | | | | | |